**Order entered April 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01435-CV

**IRINA VALENTINA TREST, Appellant**

**V.**

**AH4R-TX2, LLC, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-1760-2014**

## ORDER

Before the Court is Collin County Clerk Stacey Kemp's March 31, 2015 request for extension of time to file the clerk's record based on appellant's failure to pay the clerk's fee. *See* TEX. R. APP. P. 35.3(a)(2). Our records reflect appellant filed an affidavit of indigence on November 4, 2014. *See id.* 20.1(a)(2). The Collin County's online docket sheet reflects an order denying the affidavit was signed November 6, 2014 and another order was signed November 13, 2014. However, the docket sheet does not reflect a contest was filed. *See id.* 20.1(f). So the Court may determine whether appellant is responsible for paying the clerk's fee, we **ORDER** Ms. Kemp to file, no later than April 6, 2015, a clerk's record containing a copy of the affidavit of indigence the November 4th and 13th orders denied, a copy of all contests to that affidavit, and a copy of the November 4th and 13th orders.

/s/    CRAIG STODDART
       JUSTICE